734

OPINION PER CURIAM: The case is remanded to the court below to determine defendant's indigency as to the sentence of imprisonment for fine and costs, under the guidelines set forth in *Commonwealth ex rel. Benedict et al. v. Cliff*, 451 Pa. 427, 304 A. 2d 158 (1973).

WRIGHT, P. J., would affirm the order of the court below.

## Commonwealth *v.* Shaeffer, Appellant.

Submitted September 10, 1973. *Thomas E. Harting*, for appellant; *George T. Brubaker* and *Charles A. Achey, Jr.*, Assistant District Attorneys, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded to the court below to determine defendant's indigency as to the sentence of imprisonment for fine and costs, under the guidelines set forth in *Commonwealth ex rel. Benedict et al. v. Cliff*, 451 Pa. 427, 304 A. 2d 158 (1973).

WRIGHT, P. J., would affirm the order of the court below.

## Commonwealth *v.* Shellenberger, Appellant.

Argued September 10, 1973. *Victor Dell'Alba*, for appellant; *Robert J. Wire, Jr.*, with him *Harold N. Fitzkee, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.